# Exhibit A

## Qualified Claimants

The following Settlement Class Members opted into the FLSA collection action on or before April 18, 2016, and are therefore Qualified Claimants:

| Name | Settlement Amount |
| --- | --- |
| Shaleena Brown | $1,315.08 |
| Jocelyn Collins | $982.68 |
| David Nyaosi | $6,319.95 |
| Tiffany Ables | $46.56 |
| Zanner Gaye | $1,021.80 |
| Joisy Ketty | $964.73 |
| Ellen Smith | $9,717.13 |
| Shawna Jordan | $307.17 |
| Lorriet Klien | $1,731.30 |
| Courtney Guy | $529.10 |
| Tina Fade | $146.90 |
| Maggie Harmon | $1,006.72 |
| Kayla McKnight | $534.06 |
| Reshnie Suknanan | $1,799.00 |
| Douglas Ombati | $3,900.84 |
| Melita Clark | $563.94 |
| Ramatoulaye Souare | $3,478.41 |
| Dawn Savard | $2,449.59 |
| Anthony Traga | $726.83 |
| **Total** | **$37,541.79** |